**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **AGERE SYSTEMS INC.,** a Delaware Corporation, | § § § | |
| Plaintiff, | § § | **Case No. 2-06CV-185 (TJW-CE)** |
| v. | § § § | **JURY TRIAL DEMANDED** |
| **SAMSUNG ELECTRONICS COMPANY, LTD.**, a Corporation of the Republic of Korea, | § § § § | |
| Defendant. | § § | |

## JOINT MOTION TO LIFT STAY AND TO DISMISS WITH PREJUDICE

Plaintiff Agere Systems Inc. ("Agere") and Defendant Samsung Electronics Company, Ltd. ("Samsung") hereby respectfully move the Court for an order lifting the stay entered in this action on December 11, 2007, and dismissing all claims by Agere against Samsung, and all counterclaims by Samsung against Agere, with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Agere and Samsung request dismissal of all claims subject to the terms of that certain agreement titled "SETTLEMENT AND PATENT LICENSE AGREEMENT BETWEEN LSI CORPORATION AND SAMSUNG ELECTRONICS COMPANY, LTD." dated June 30, 2010. Agere and Samsung further respectfully request an order that all costs and attorneys' fees related to this litigation shall be borne solely by the party incurring the same.

DATED: July 6, 2010                                               Respectfully submitted,


/s/ Elizabeth L. DeRieux                    /s/ Eric M. Albritton
Elizabeth L. DeRieux                        Eric M. Albritton
Texas State Bar No. 05770585                Texas State Bar No. 00790215
CAPSHAW DERIEUX, LLP                        ALBRITTON LAW FIRM
The Energy Centre                           P.O. Box 2649
1127 Judson Road, Suite 220                 Longview, Texas 75606
Longview, Texas 75601-5157                  Telephone: (903) 757-8449
Telephone: (903) 236-9800                   Facsimile: (903) 758-7397
Facsimile: (903) 236-8787                   E-mail: ema@emafirm.com
E-mail: ederieux@capshawlaw.com
                                            Edward J. DeFranco
David E. Sipiora                            QUINN EMANUEL URQUHART &
Daniel S. Young                             SULLIVAN, LLP
TOWNSEND AND TOWNSEND AND                   51 Madison Avenue, 22nd Floor
CREW LLP                                    New York, NY 10010
1400 Wewatta Street, Suite 600              Telephone: (212) 849-7000
Denver, CO 80202                            Facsimile: (212) 849-7100
Telephone: (303) 571-4000                   E-mail: eddefranco@quinnemanuel.com
Facsimile: (303) 571-4321
E-mail: desipiora@townsend.com              Attorneys for Defendant SAMSUNG
E-mail: dsyoung@townsend.com                ELECTRONICS COMPANY, LTD.

Attorneys for Plaintiff AGERE
SYSTEMS INC.


**CERTIFICATE OF SERVICE**

     I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 6th day of July, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


                                                              s/ Elizabeth L. DeRieux
                                                              Elizabeth L. DeRieux